UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15098
  JOHN M STROCYNSKI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
  SSN XXX-XX-0215

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/20/07 .

    2.  The case was dismissed without confirmation, 12/07/2007.

------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| CARMAX AUTO FINANCE | SECURED VEHIC | .00 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| IDAPP | UNSECURED | NOT FILED | .00 | .00 |
| SELECTIVE INS CO OF AMER | UNSECURED | NOT FILED | .00 | .00 |
| TIBURON FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |

              Summary of disbursements:
------------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JAY M REESE                  , was allowed $        .00
and was paid $       .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

    Dated: 03/11/08                     /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE

```
                            PAGE   2
CASE NO. 07 B 15098 JOHN M STROCYNSKI
```